UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA     :
     :
v.     :     **ORDER**
     :
HECTOR SANCHEZ,     :     18 CR 291-10 (VB)
     Defendant.     :
-------------------------------------------------------------x

     Defendant Hector Sanchez has submitted an undated letter to the Court, which was received by the Court on January 15, 2021. The letter, liberally construed, seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in light of the COVID-19 pandemic. The letter will be separately docketed.

     Section 3582(c)(1)(A)(i) authorizes the Court to reduce a term of imprisonment previously imposed for "extraordinary and compelling reasons." However, the statute contains an explicit exhaustion requirement that must be complied with <u>prior</u> to the filing of such a motion: "[T]he court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment . . . if it finds that . . . extraordinary and compelling reasons warrant such a reduction."

     Defendant does not claim to have exhausted or even attempted to exhaust his administrative rights. The Court does not have the power to waive the exhaustion requirement. <u>See, e.g.</u>, <u>United States v. Ogarro</u>, 2020 WL 1876300, at *3–5 (S.D.N.Y. Apr. 14, 2020); <u>United States v. Roberts</u>, 2020 WL 1700032, at *2 (S.D.N.Y. Apr. 8, 2020).

     Accordingly, the application is DENIED WITHOUT PREJUDICE to refiling after defendant demonstrates that the exhaustion requirement has been satisfied.

     Chambers will mail a copy of this Order to defendant at the following address:

     Hector Sanchez, Reg. No. 00911-138
     Federal Correctional Institution Ray Brook
     P.O. Box 900
     Ray Brook, NY  12977

Dated: January 15, 2021     SO ORDERED:
     White Plains, NY

     _____
     Vincent L. Briccetti, U.S.D.J.